IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENRICO F. LANZA, JR., | : | Civil No. 3:17-cv-1318 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MICHAEL A. MOCLOCK, M.D., *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 17th day of January, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 8) to appoint counsel is **DENIED** without prejudice.

                                                                                 _____
                                                                                 Robert D. Mariani
                                                                                 United States District Judge