# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENRICO F. LANZA, JR., | Civil No. 3:17-cv-1318 |
| Plaintiff | (Judge Mariani) |
| v. | |
| MICHAEL A. MOCLOCK, M.D., *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 24th day of April, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the petition for a writ of mandamus (Doc. 32) is **DENIED**.

_____
Robert D. Mariani
United States District Judge