# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENRICO F. LANZA, JR., | Civil No. 3:17-cv-1318 |
| Plaintiff | (Judge Mariani) |
| v. | |
| MICHAEL A. MOCLOCK, M.D., *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 20th day of June, 2018, upon consideration of the motions (Docs. 24, 26) to dismiss, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 24, 26) to dismiss are **GRANTED**.

2. The claims against all Defendants are **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge