IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ENRICO F. LANZA, JR., | : | Civil No. 3:17-cv-1318 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| MICHAEL A. MOCLOCK, M.D., *et al.*, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 5th day of August, 2019, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the petition for writ of mandamus (Doc. 42) is **DENIED**.

Robert D. Mariani
United States District Judge